■ STEVEN GROVER, Respondent, v 291 MARION REALTY CO. et al., Appellants. [51 NYS3d 881]—

Order, Supreme Court, Bronx County (Alexander W. Hunter, Jr., J.), entered May 12, 2016, which, in this action for personal injuries sustained when plaintiff slipped and fell down the stairs in defendants' building, denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff testified that following his fall, his shorts were wet; there was a mop bucket at the bottom of the stairs; and a mop was being used to prop open a door. His neighbor, who was with him at the time of the fall, offered similar, consistent testimony and added that the second-floor landing was wet at the time of the fall. Under the circumstances presented, the motion court properly concluded that triable issues of fact exist as to whether defendants created or had constructive notice of the hazardous condition that caused plaintiff's fall (*see e.g. Velez v New York City Hous. Auth.*, 91 AD3d 422 [1st Dept 2012]; *Healy v ARP Cable*, 299 AD2d 152, 154-155 [1st Dept 2002]).

We have considered defendants' remaining arguments and find them unavailing. Concur—Friedman, J.P., Moskowitz, Manzanet-Daniels, Kapnick and Webber, JJ.